UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **NASSAU MARITIME HOLDINGS** | * | **CASE NO. 2:20-cv-00355** |
| **DESIGNATED ACTIVITY COMPANY** | * | |
| | * | |
| **VERSUS** | * | **JUDGE JAMES D. CAIN, JR.** |
| | * | |
| **M/V PACIFIC SKY, her engines, tackle,** | * | **MAGISTRATE JUDGE KAY** |
| **appurtenances, etc.,** *in rem,* **and** | * | |
| **PACIFIC SKY NAVIGATION LTD,** | * | |
| *in personam* | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CORPORATE DISCLOSURE STATEMENT
## OF PACIFIC SKY NAVIGATION LTD.

Pursuant to Federal Rules of Civil Procedure Rule 7.1, Pacific Sky Navigation Ltd. ("Pacific Sky"), solely as owner and claimant of the M/T PACIFIC SKY, with a full reservation of all rights and defenses pursuant to Supplemental Rule E(8) of the Federal Rules of Civil Procedure, discloses that Pacific Sky has no parent corporation or any publicly held corporation owning 10% or more of its stock.

1

2

        Respectfully Submitted,

        MURPHY, ROGERS, SLOSS,
         GAMBEL & TOMPKINS

        */s/ Peter B. Sloss*
        Peter B. Sloss (#17142)
        psloss@mrsnola.com
        Donald R. Wing (#29486)
        dwing@mrsnola.com
        701 Poydras St., Suite 400
        New Orleans, LA 70139
        Phone: 504.523.0400
        Fax:  504.523.5574
        ***Attorneys for Pacific Sky Navigation Ltd.***

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the above and foregoing document has been forwarded to all counsel of record by electronic filing this 5 May 2020.

        */s/ Peter B. Sloss*
        _____

950/5915

4839-7896-0571, v. 1