UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| NASSAU MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY<br>Plaintiff<br><br>VERSUS<br><br>M/V PACIFIC SKY, her engines, tackle, appurtenances, etc., *in rem*, and PACIFIC SKY NAVIGATION LTD. *in personam*<br>Defendants | CIVIL ACTION<br><br>NO.  2:20-CV-00355<br><br>JUDGE JAMES D. CAIN, JR. |

## **SECOND MOTION FOR INTERLOCUTORY SALE OF VESSEL**

NOW COMES plaintiff Nassau Maritime Holdings Designated Activity Company ("Nassau Maritime"), through undersigned counsel, to request an Order directing the interlocutory sale of the M/V PACIFIC SKY (the "Vessel") pursuant to Rule E(9) of the Supplemental Rules for Admiralty or Maritime Claims & Asset Forfeiture Actions of the Federal Rules of Civil Procedure.

All grounds for interlocutory sale under Rule E(9) are present here – the vessel is subject to deterioration or decay as it sits idle under arrest; the costs associated with maintaining the Vessel during her arrest are unnecessarily reducing the amount of money that will be available to satisfy the judgment; and, there has been an unreasonable delay in obtaining the release of the property. Nassau Maritime respectfully submits that its motion should be granted for these reasons, as more fully explained in its accompanying Memorandum in Support.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/Kevin J. LaVie*
Kevin LaVie (#14125)
Email: kevin.lavie@phelps.com
Adam Davis (#35740)
Email: adam.davis@phelps.com
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Facsimile: (504) 568-9130
-and-
Marc G. Matthews (admitted *pro hac vice*)
Texas Bar No. 24055921
Email: marc.matthews@phelps.com
500 Dallas Street, Suite 1300
Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388

**ATTORNEYS FOR PLAINTIFF NASSAU MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY**