UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| NASSAU MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY<br>     Plaintiff<br><br>VERSUS<br><br>M/V PACIFIC SKY, her engines, tackle, appurtenances, etc., *in rem*, and PACIFIC SKY NAVIGATION LTD. *in personam*<br>     Defendants | CIVIL ACTION<br><br>NO.  2:20-CV-00355<br><br>JUDGE JAMES D. CAIN, JR. |

### STIPULATION OF DISMISSAL

NOW INTO COURT, through undersigned counsel, come all parties to this litigation to respectfully request that the captioned action be dismissed, without prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii).

Respectfully submitted,

**PHELPS DUNBAR LLP**

*/s/ Kevin J. LaVie*
Kevin LaVie (#14125)
Adam Davis (#35740)
Magdalini Galitou (#38473)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Facsimile: 504-568-9130
kevin.lavie@phelps.com
adam.davis@phelps.com
magdalini.galitou@phelps.com
-and-
Marc G. Matthews (admitted *pro hac vice*)
Texas Bar No. 24055921
500 Dallas Street, Suite 1300

- 1 -

Houston, Texas 77002
Telephone: (713) 626-1386
Facsimile: (713) 626-1388
marc.matthews@phelps.com

**ATTORNEYS FOR PLAINTIFF NASSAU MARITIME HOLDINGS DESIGNATED ACTIVITY COMPANY**

**MURPHY, ROGERS, SLOSS, GAMBEL & TOMPKINS**

*/s/ Peter B. Sloss*
Peter B. Sloss (#17142)
Donald R. Wing (#29486)
701 Poydras St., Suite 400
New Orleans, LA 70139
Telephone: 504-523-0400
Facsimile: 504-523-5574
psloss@mrsnola.com
dwing@mrsnola.com

**ATTORNEYS FOR DEFENDANT PACIFIC SKY NAVIGATION LTD and the M/T PACIFIC SKY *IN REM***

**MOULEDOUX, BLAND, LEGRAND & BRACKETT**

*/s/ Trevor M. Cutaiar*
Trevor M. Cutaiar (#33082)
Andre J. Mouledoux (#9778)
Daniel J. Hoerner (#21706)
701 Poydras Street, Suite 4250
New Orleans, LA 70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
tcutaiar@mblb.com
amouledoux@mblb.com
dhoerner@mblb.com
**ATTORNEYS FOR PLAINTIFF-IN-INTERVENTION, THOME SHIPMANAGEMENT, PTE LTD**